1
2
3
4

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

5

6

JEFFREY WELLER,

7

                        Petitioner,

8

        v.

9

RONALD HAYNES,

10

                        Respondent.

Case No. 3:20-cv-05861-RAJ-TLF

ORDER GRANTING MOTION TO
MODIFY BRIEFING SCHEDULE

11      These are consolidated federal habeas actions filed under 28 U.S.C. § 2254. The

12  Court has previously consolidated this matter with *Weller v. Wofford*, No. 20-5862, and

13  ordered the Petitioners to file amended petitions (if they choose to do so) by February 5,

14  2021. Dkt. 15. Both Petitioners seek an extension of that deadline and the briefing

15  schedule; Respondents do not oppose the requests. Matter 20-5861, Dkt. 16; Matter

16  20-5862, Dkts. 18, 19.  The parties are advised that future filings in these consolidated

17  cases should be made only in the lead matter, No. 20-5861.

18      Petitioners' motions (Matter 20-5861, Dkt. 16; Matter 20-5862, Dkts. 18, 19) are

19  **GRANTED**. The briefing schedule shall be as follows:

20      1.  Each Petitioner shall file an Amended Petition with a supporting

21          memorandum of law, or notify the Respondents they have determined that

22          they will not do so, by May 20, 2021;

23
24
25

ORDER GRANTING MOTION TO MODIFY BRIEFING
SCHEDULE - 1

2. Each Respondent shall have 45 days to file an Answer from the date that Petitioners file or inform Respondents of their decisions not to file an amended petition;

3. Petitioners shall file their Responses within 45 days after the filing of the Answers and shall note them for consideration on the fourth Friday after filing. Respondents shall have five days after the filing of Petitioners' Responses to file optional Replies, as set forth in LCR 7.

Dated this 21st day of January, 2021.


*Theresa L. Fricke*
_____

Theresa L. Fricke
United States Magistrate Judge