HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEFFREY WELLER and SANDRA WELLER,<br><br>      Petitioners,<br><br>   v.<br><br>RONALD HAYNES and DEBORAH WOFFORD,<br><br>      Respondents. | No. CV20-5861-RAJ-TLF<br>(Consolidated with CV20-5862-RAJ-TLF)<br><br>**ORDER** |

The Court, having reviewed the report and recommendation, the petition for writ of federal habeas corpus relief and the remaining record, hereby finds and ORDERS:

(1) Plaintiff's Motion to File Over-length Motion (Dkt. 50) is GRANTED;

(2) the Magistrate Judge's report and recommendation (Dkt. 47) is approved and adopted;

(3) the declarations of Patricia Stordeur, Heather Carroll and Katherine Grimm, M.D. (Dkts. 24-2, 24-3 and 24-4)—which were not presented to the state court—are STRICKEN;

(3) petitioner's federal habeas corpus petition is DISMISSED with prejudice;

ORDER – 1

(4) a Certificate of Appealability is GRANTED;

(5) the Clerk is directed to send copies of this Order to petitioner, to Magistrate Judge Theresa L. Fricke and to any other party that has appeared in this action.

DATED this 12th day of June, 2023.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER – 2