JUDGE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JEFFREY WELLER, et al.<br><br>      Petitioners,<br><br>v.<br><br>RONALD HAYNES, et al.<br><br>      Respondents. | NO. 3:20-cv-05861-RAJ<br>(Consolidated with<br>Case No. 3:20-cv-5862-RAJ)<br><br>ORDER GRANTING STIPULATED PROPOSED SCHEDULING ORDER AND STIPULATED MOTION FOR LEAVE TO CONDUCT DISCOVERY |

The Court, having considered the Parties' proposed scheduling order and stipulated motion for leave to conduct discovery (proposed stipulated order), any response thereto, and the records and files herein, does hereby find and ORDER:

1. The schedule, as set forth by the Parties in Part V of the proposed stipulated order, is APPROVED in part.

2. The motion for leave to conduct discovery, as set forth in Part IV of the proposed stipulated order, is GRANTED.

The evidentiary hearing shall commence on **February 2, 2026 at 9:00 am**, and the Court sets the following deadlines:

| | |
|---|---|
| Deadline to Complete Discovery | December 8, 2025 |
| Deadline to File Motions in Limine<br>(to be noted for January 26, 2026) | January 5, 2026 |
| Deadline to Submit Evidentiary<br>Hearing Exhibits and Exhibit Lists | January 28, 2026 |

ORDER - 1

The Court declines to set a pretrial conference. If necessary, the Court will set deadlines for filing post-hearing briefing at the conclusion of the evidentiary hearing.

DATED this 21st day of August, 2025.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
1116 West Riverside Avenue, Suite 100
Spokane, WA 99201-1106
(509) 456-3123