Judge Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JEFFREY WELLER, et al.                  )    No.  2:20-cv-05861-RAJ
                                        )
          Petitioners,                  )
                                        )
     v.                                 )    ORDER GRANTING JOINT
                                        )    MOTION TO CONTINUE
                                        )    EVIDENTIARY HEARING
RONALD HAYNES, et al.,                  )
                                        )
          Respondents.                  )
                                        )

THE COURT, having considered the parties' joint motion to continue the evidentiary hearing scheduled for June 8, 2026, and the files and records in this case, and finding good cause, hereby GRANTS the motion (Dkt. # 87).  The evidentiary hearing is rescheduled for October 19, 2026 at 9:00 am.

DATED this 1st day of May, 2026.

_____

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING JOINT MOTION
TO CONTINUE EVIDENTIARY HEARING
(*Weller v. Hayes, et al.*, 2:20-cv-05861-RAJ) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, WA 98101**
**(206) 553-1100**