THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEFFREY WELLER and SANDRA WELLER, Petitioners, v. RONALD HAYNES, et al., Respondents. | No. CV20-05861-RAJ <br> ~~(PROPOSED)~~ ORDER FOR LEAVE TO PROCEED IN FORMA PAUPERIS AND DIRECTING THE UNITED STATES MARSHAL TO SERVE SUBPOENAS AND PAY WITNESS FEES |

THE COURT has considered the motion for (1) leave to proceed in forma pauperis, and (2) an order directing the United States Marshal for this district to serve witness subpoenas without cost and to advance the witness fee and mileage, pursuant to 28 U.S.C. § 1825(b), and the records in this case.

IT IS ORDERED that Petitioners Jeffrey and Sandra Weller may proceed in forma pauperis under 28 U.S.C. § 1915.

FURTHER, IT IS ORDERED that the United States Marshal for the Western District of Washington, pursuant to 28 U.S.C. § 1825(b), are to serve Petitioners' witness subpoenas upon David Kurtz, Gary Rice, Meredith McKell Graff, Nick Potter,



**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, WA 98101**
**(206) 553-1100**

Tyler Chavers, and Caitlin O'Dell (Dkt. 90-2) and to pay the witness attendance fees, mileage, and other expenses for the hearing scheduled for October 19, 2026.

Dated the 25th day of September 2026.

The Honorable Richard A. Jones
United States District Judge



**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, WA 98101**
**(206) 553-1100**